## Richard Lewis *v.* Connecticut Motor
## Club, Inc., et al.
## (12930)

Lavery, Landau and Heiman, Js.

Argued September 22, 1994—decision released January 24, 1995

*Laurence V. Parnoff,* for the appellant (plaintiff).

*James E. Wildes,* with whom, on the brief, was *Alfred Forino,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.